# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JACK ALEXANDER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:17-cv-01285-MHH |
| **EQUIFAX INFORMATION SERVICES, LLC, et al.,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff Jack Alexander and Defendant Equifax Information Services, LLC have filed a joint stipulation of pro tanto dismissal with prejudice. (Doc. 20). The Court **ORDERS** that the plaintiff's claims against Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, with costs taxed as paid. This dismissal does not affect any of the plaintiff's other remaining claims.

**DONE** and **ORDERED** this March 7, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE