# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN

| | |
|---|---|
| **JACK ALEXANDER,** | } |
| Plaintiff, | } |
| v. | } Case No.: **5:17-cv-01285-MHH** |
| **TRANSUNION LLC, et al.,** | } |
| Defendants. | } |

## ORDER

Plaintiff Jack Alexander and Defendant Ditech Financial LLC have filed a joint stipulation of pro tanto dismissal with prejudice. (Doc. 22). The Court **ORDERS** that the plaintiff's claims against Ditech Financial LLC are **DISMISSED WITH PREJUDICE**. Costs taxed as paid. This dismissal does not affect any of the plaintiff's other remaining claims.

**DONE** and **ORDERED** this June 8, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE