FILED
 2018 Jun-21  AM 10:30
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JACK ALEXANDER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:17-cv-01285-MHH |
| **TRANS UNION, LLC,** | } |
| **Defendant.** | } |

## ORDER

Plaintiff Jack Alexander and Defendant Trans Union LLC have filed a Joint Stipulation of Dismissal with prejudice.  (Doc. 24).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** under the terms set out in the parties' Joint Stipulation of Dismissal. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this June 21, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE